UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACIE WILCOX, individually and as CEO OF ON TAP CREDIT UNION, and ON TAP CREDIT UNION, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL WILLIAMS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 3:20-cv-00425 |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 27) recommending that Plaintiffs' Motion for Summary Judgment (Doc. No. 16) be granted, that the Court order Defendant to cease communications with Plaintiffs regarding this matter, and that this action be dismissed with prejudice.

No objections have been filed. If there are no objections, the Court is not required to review the R&R *de novo* and should "adopt the magistrate's findings and rulings to which no specific objection is filed." Benson v. Walden Sec., No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018) (citing Thomas v. Arn, 474 U.S. 140 (1985)); see also Frias v. Frias, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019).

The Court has nonetheless reviewed the R&R and the file in accordance with Rule 72 of the Federal Rules of Civil Procedure. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. No. 27) is **APPROVED** and **ADOPTED**. Plaintiffs' Motion for Summary Judgment (Doc. No. 16) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. Defendant **SHALL** cease to communicate with Plaintiffs regarding this matter. This Order

constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

      IT IS SO ORDERED.

                                                             _____
                                                         WAVERLY D. CRENSHAW, JR.
                                                         CHIEF UNITED STATES DISTRICT JUDGE